**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONALD RAY FRAZIER, JR.** **PETITIONER**

**v.** **No. 4:25-cv-777-DPM**

**DEXTER PAYNE, Director, Arkansas Division of Correction** **RESPONDENT**

**ORDER**

On *de novo* review, the Court adopts the recommendation as modified, *Doc. 9*, and overrules Frazier's objections, *Doc. 11*. Fed. R. Civ. P. 72(b)(3). Payne's objections, *Doc. 10*, are sustained. Frazier's 2000 Judgment became final when his time to file a petition for review to the Arkansas Supreme Court expired. Ark. S. Ct. R. 2–4. That's the modification. One other point. There's some dispute, *Doc. 9 at 3*, but Frazier's parole supervision might have ended yesterday. If it did, his claims would be moot.

Frazier's amended § 2254 petition will be dismissed without prejudice for lack of jurisdiction regarding any challenge to his 1998 conviction. His remaining claims will be dismissed with prejudice. Payne's motion to dismiss, *Doc. 6*, is granted. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 August 2026