**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONALD RAY FRAZIER, JR.** **PETITIONER**

**v.** **No. 4:25-cv-777-DPM**

**DEXTER PAYNE, Director, Arkansas Division of Correction** **RESPONDENT**

# JUDGMENT

Frazier's amended § 2254 petition, *Doc. 3*, is dismissed without prejudice for lack of jurisdiction regarding any challenge to his 1998 conviction. His remaining claims are dismissed with prejudice.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

28 August 2026